**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09–cv–02507–REB–CBS

MICHAEL WILLIAMS,

    Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation of Dismissal with Prejudice** [#9] filed January 8, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal with Prejudice** [#9] filed January 8, 2010, is **APPROVED**; and

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated January 11, 2010, at Denver, Colorado.

                      BY THE COURT:

                      */s/ Bob Blackburn*
                      Robert E. Blackburn
                      United States District Judge